# United States Bankruptcy Court
## for the District of Columbia



FILED

JUL 1 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In Re: Isiah Foskey

Debtor(s)

Case Number: 05-01417

Chapter: 13

Case: 1:07-cv-01288
Assigned To : Robertson, James
Assign. Date : 7/18/2007
Description: General Civil

**TO:**   **Clerk, U.S. District Court for the District of Columbia**

Transmitted herewith is the __Notice of Appeal__ in the above-captioned bankruptcy case. Included in the transmittal is a copy of order being appealed and a certified copy of the docket sheet.

**Documents related to the appeal include:**

| DE# | Document | Filer |
|-----|----------|-------|
| 108 | Motion for Relief from Stay *Nunc Pro Tunc* | Plus Properties, LLC |
| 110 | Notice of Hearing | Plus Properties, LLC |
| 111 | Support Document | Plus Properties, LLC |
| 112 | Notice of Opportunity to Object | Plus Properties, LLC |
| 114 | Emergency Motion to Sell Property Free and Clear of Liens | Isiah Foskey, Debtor |
| 115 | Order | Signed by Judge Teel |
| 117 | Hearing Scheduled | Court |
| 118 | Consent By Co-Owner to Motion to Sell Property | Susan Foskey |
| 120 | Response | Cynthia Niklas, Trustee |
| 121 | Request to Withdraw DE 120 | Cynthia Niklas, Trustee |
| 122 | Response | Cynthia Niklas, Trustee |
| 123 | Opposition | Plus Properties, LLC |

| 124 | Exhibits | Isiah Foskey, Debtor |
| 125 | Hearing Scheduled | Court |
| 126 | Exhibit | Plus Properties, LLC |
| 128 | Supporting Reply | Isiah Foskey, Debtor |
| 129 | Hearing Held | Court |
| 130 | Proposed Order | Plus Properties, LLC |
| 131 | Order Denying as Moot Motion for Relief From Stay Nunc Pro Tunc | Signed by Judge Teel |
| 132 | Order Denying Motion to Sell Property Free and Clear of Liens | Signed by Judge Teel |
| 134 | Motion to Reconsider | Isiah Foskey, Debtor |
| 135 | Notice of Opportunity to Object | Isiah Foskey, Debtor |
| **136** | **Notice of Appeal to District Court** | **Isiah Foskey, Debtor** |
| 140 | Appellant Designation | Isiah Foskey, Debtor |

**Other comments:**

Filing Fee $255 paid 7/5/2007, Receipt #66974

**The parties to the order appealed and their respective attorneys are as follows:**

| | |
|---|---|
| **Appellant/Plaintiff** | **Attorney** |
| Isiah Foskey | Lucy R. Edwards<br>3001 Georgia Avenue, NW<br>Washington, DC 20001 |
| | |
| **Appellee/Defendant** | **Attorney** |
| Plus Properties, LLC | C. Larry Hofmeister, Jr.<br>Hofmeister & Hamburg, LLC<br>409 Washington Avenue Suite 210<br>Towson, MD 21204 |

Heartwood 88, LLC

District of Columbia
US Attorney, DC, Civil Division
Financial Litigation
555 4th Street, NW #211
Washington, DC 20016-4623

Joseph Ferguson, Esquire
Office of the Attorney General for DC
441 4th Street, NW 6th Floor
Washington, DC 20001

Edward Wilson

Susan Foskey

By the Clerk,

By: Aimee Mathewes
Deputy Clerk

Dated: 7/17/2007

Please return a copy of this transmittal with the following information:

District Court Case Number:
Judge Assigned:
Date Stamp:                    [*Affix Label Here*]

The order below is signed with "362(a)(3)" changed
to "362(a)", with "date of this Order" changed to
"date of entry of this Order" and with "D.C.
Superior Court litigation" changed to "D.C. Superior
Court litigation, including the pursuite of appeals
related thereto." Dated: June 11, 2007.



_S. Martin Teel, Jr._

S. Martin Teel, Jr.
United States Bankruptcy Judge


# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| ISIAH FOSKEY | * | Case No. 05-01417 |
| | * | Chapter 13 |
| Debtor | * | |
| | * | |
| | * | |
| PLUS PROPERTIES, LLC | * | |
| | * | |
| Movant | * | |
| | * | |
| v. | * | |
| | * | |
| ISIAH FOSKEY | * | |
| | * | |
| Respondent | * | |
| | * | |

## ORDER

The case came before the Court on May 24, 2007 for hearing on the Motion for

Relief from the Automatic Stay Nunc Pro Tunc filed by Plus Properties, LLC and the

Motion for Authority to Sell Real Property Free and Clear of Liens filed by Debtor. After

review of the motions and exhibits and consideration of the arguments of counsel, the

1

Court orally rendered its findings of fact and conclusions of law which are incorporated herein by reference. Based on the foregoing, the Court finds that the Automatic Stay in this case was not violated by Plus Properties, LLC in making payment to the District of Columbia and receiving and recording a deed to the real property located at 3115 E Street, S.E., Washington, DC, known for purposes of assessment and taxation as Lot 0803 in Square 5450 ("Property"). The District of Columbia Superior Court had issued a final order (in *Plus Properties, LLC v. Isiah Foskey, CA 03-1869(RP)*) foreclosing Isiah Foskey's right of redemption prior to the filing of the petition in this case; therefore, the Automatic Stay did not apply to the actions of Plus Properties, LLC in obtaining its deed. No further action of the D.C. Superior Court or Plus Properties, LLC is necessary to confirm the fee simple ownership of the Property in Plus Properties, LLC.

The Court further finds that the D.C. Superior Court order of November 16, 2005 denying Isiah Foskey's Motion for Clarification and Reconsideration filed under S.C.R. 60(b) was issued in violation of the Automatic Stay provided under Section 362(a)(3) which was in effect at the time of the order's issuance. The parties; however, agree to a lifting of the Automatic Stay to allow that order to be deemed filed as of the date of this Order. Therefore, it is this _____ day of May 2007,

**ORDERED**, that the debtor's Motion for Authority to Sell Real Property Free and Clear of Liens is **DENIED**, and it is further

**ORDERED**, that Plus Properties, LLC's Motion for Relief from the Automatic Stay *Nunc Pro Tunc* is **DENIED AS MOOT**, and it is further

**ORDERED**, that Plus Properties, LLC did not violate the Automatic Stay in this case, and it is

**FURTHER ORDERED** that the Automatic Stay provided under Section 362(a)(3) is hereby lifted, so that the order docketed November 16, 2006 in *Plus Properties v. Isiah Foskey, CA 03-1869(RP)* is deemed effective as of the date of this Order, and it is

**FURTHER ORDERED** that the Automatic Stay is lifted to allow the parties to pursue such rights as they may have in the D.C. Superior Court litigation.

Copies to:

Carol S. Blumenthal
Blumenthal & Cordone, PLLC
1700 17th St. NW #301
Washington, DC 20009

Isiah Foskey
1260 Holbrook Terrace, NE
Washington, DC 20002

Lucy Edwards
3001 Georgia Ave., NW
Washington, DC 20001

Cynthia A. Niklas
Chapter 13 Trustee
4545 42nd St., NW #211
Washington, DC 20016

Joseph Ferguson
Assistant Attorney General
One Judiciary Square
441-4th Street, NW #650N
Washington, DC 20001

**END OF ORDER**

APPEAL

# U.S. Bankruptcy Court
## United States Bankruptcy Court for the District of Columbia (Washington, D.C.)
### Bankruptcy Petition #: 05-01417
#### Internal Use Only

*Assigned to:* Bankruptcy Judge S. Martin Teel, Jr.
Chapter 13
Voluntary
Asset

*Date Filed:* 09/20/2005

**Debtor**
**Isiah Foskey**
1260 Holbrook Terrace, NE
Washington, DC 20002
202-494-3195
SSN: 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

represented by **Lucy R. Edwards**
3001 Georgia Avenue, NW
Washington, DC 20001
(202) 829-9601
Email:
lucyredwards@verizon.net

**FILED**

JUL 1 7 2007

**Clerk**
**U.S. Bankruptcy Court for D.C.**

**Trustee**
**Cynthia A. Niklas**
4545 42nd Street, NW Suite 211
Washington, DC 20016-4623
202-362-8500

| Filing Date | # | Docket Text |
|---|---|---|
| 09/20/2005 | 1 | Chapter 13 Voluntary Petition (With Pro-Se Debtor Redacted Identification Attached). Fee Amount $194 Filed by Isiah Foskey Chapter 13 Plan due by 10/5/2005. Schedules A-J due 10/5/2005. Statement of Financial Affairs due 10/5/2005. Incomplete Filings due by 10/5/2005. Government Proof of Claim due by 3/19/2006. Chapter 13 Plan due by 10/5/2005. (kt) (Entered: 09/20/2005) |
| 09/20/2005 | | First Meeting of Creditors with 341(a) meeting to be held on 10/17/2005 at 11:00 AM at Witness Room, Courtroom 24. Confirmation hearing to be held on 12/16/2005 at 09:30 AM at Courtroom 24. Proof of Claim due by 01/15/2006. (kt) (Entered: 09/20/2005) |
| 09/20/2005 | 2 | Statement of Social Security Number(s) - (Form B-21) Filed by Isiah Foskey . (ls) (Entered: 09/22/2005) |
| 09/20/2005 | 3 | Notice to Consumer Debtor Filed by Isiah Foskey . (ls) (Entered: 09/22/2005) |
| | | |

| 09/20/2005 | ❶4 | Debtor's Mailing Matrix and Verification Filed by Isiah Foskey . (ls) (Entered: 09/22/2005) |
| 09/22/2005 | ❶5 | First Meeting of Creditors Notice Generated and Sent to BNC (ls) (Entered: 09/22/2005) |
| 09/22/2005 | ❶6 | Order to File Chapter 13 Plan, Schedules and Statements (Related Document(s) #:1 Chapter 13 Voluntary Petition, .) Order entered on 9/22/2005. (ls) (Entered: 09/22/2005) |
| 09/24/2005 | ❶7 | BNC Certificate of Mailing - First Meeting of Creditors. (Re: Related Document(s) #:5 First Meeting of Creditors Notice Generated and Sent to BNC) No. of Notices: 11. Service Date 09/24/2005. (Admin.) (Entered: 09/25/2005) |
| 09/25/2005 | ❶8 | BNC Certificate of Mailing - Order. (Re: Related Document(s) #:6 Order to File Chapter 13 Plan) No. of Notices: 1. Service Date 09/25/2005. (Admin.) (Entered: 09/26/2005) |
| 10/07/2005 | ❶9 | Motion to extend Time Period . Filed by Isiah Foskey (Re: Related Document(s) #:6 Order to File Chapter 13 Plan.) (tg) (Entered: 10/12/2005) |
| 10/14/2005 | ❶10 | Order (Related Document #: 9) Entered on 10/14/2005. (tg) (Entered: 10/14/2005) |
| 10/16/2005 | ❶11 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:10 Order on Motion to Extend Time) No. of Notices: 4. Service Date 10/16/2005. (Admin.) (Entered: 10/20/2005) |
| 10/20/2005 | ❶12 | Motion to Dismiss Case *with Prejudice* Filed by Cynthia A. Niklas (Attachments: # 1 Proposed Order) (xNiklas2, Cynthia) (Entered: 10/20/2005) |
| 10/20/2005 | ❶13 | Notice of Opportunity to Object Filed by Cynthia A. Niklas. (Re: Related Document(s) #:12 Motion to Dismiss Case.) Objections due by 11/9/2005 for 12,. (xNiklas2, Cynthia) (Entered: 10/20/2005) |
| 10/20/2005 | ❶14 | Notice of Hearing *December 16, 2005* Filed by Cynthia A. Niklas (Re: Related Document(s) #:12 Motion to Dismiss Case.) Hearing scheduled for 12/16/2005 at 09:30 AM Courtroom 24 for 12,. (xNiklas2, Cynthia) (Entered: 10/20/2005) |
| 10/21/2005 | ❶16 | Meeting of Creditors Continued. Notice filed by Isiah Foskey . Notice Mailed to All Creditors and Interested Parties on: 10/19/05. (Re: Related Document(s) #: Meeting (AutoAssign Chapter 13)) 341(a) meeting to be held on 11/7/2005 at 11:00 AM Witness Room, |

| | | |
|---|---|---|
| | | Courtroom 24 (Attachments: # 1 Proposed Order) (Spayd, Lisa) (Entered: 11/01/2005) |
| 10/24/2005 | 15 | First Meeting of Creditors Continued. Filed by Cynthia A. Niklas (Re: Related Document(s) #: Meeting (AutoAssign Chapter 13).) 341 (a) meeting to be held on 11/7/2005 at 11:00 AM Courtroom 24 for [],. (xNiklas2, Cynthia) (Entered: 10/24/2005) |
| 10/28/2005 | 18 | Schedules A-J Filed by Isiah Foskey . (Re: Related Document(s) #:1 Chapter 13 Voluntary Petition); no certification filed (Spayd, Lisa) (Entered: 11/02/2005) |
| 10/28/2005 | 19 | Statement of Financial Affairs Filed by Isiah Foskey . (Re: Related Document(s) #:1 Chapter 13 Voluntary Petition); no declaration filed. (Spayd, Lisa) (Entered: 11/02/2005) |
| 10/28/2005 | 20 | Amended Matrix; adding Creditors; Fee Amount $26; Filed by Isiah Foskey . (Spayd, Lisa) (Entered: 11/02/2005) |
| 10/28/2005 | 21 | Exhibit C Filed by Isiah Foskey (Re: Related Document(s) #:1 Chapter 13 Voluntary Petition, .) (Spayd, Lisa) (Entered: 11/02/2005) |
| 11/01/2005 | 17 | Receipt of Amendment Filing Fee - $26.00 by LS. Receipt Number 00066051. Payment received from ISIAH FOSKEY. (Entered: 11/01/2005) |
| 11/01/2005 | 22 | Chapter 13 Plan Filed by Isiah Foskey; no date on certificate of service. (Spayd, Lisa) (Entered: 11/02/2005) |
| 11/04/2005 | 23 | Notice to Party Filing Deficient Pleading(s)/Document(s). (Re: Related Document(s) #:22 Chapter 13 Plan) Deficiency Correction due by 11/11/2005; No date on certificate of service. (Spayd, Lisa) (Entered: 11/04/2005) |
| 11/04/2005 | 24 | Notice to Party Filing Deficient Pleading(s)/Document(s). (Re: Related Document(s) #:19 Statement of Financial Affairs); Deficiency Correction due by 11/11/2005; No declaration filed. (Spayd, Lisa) (Entered: 11/04/2005) |
| 11/04/2005 | 31 | Certificate of Service Filed by The Court (Re: Related Document(s) #:23 Notice to Party Filing Deficient Pleading(s)/Document(s).) (Spayd, Lisa) (Entered: 11/25/2005) |
| 11/04/2005 | 32 | Certificate of Service Filed by The Court (Re: Related Document(s) #:24 Notice to Party Filing Deficient Pleading(s)/Document(s).); No declaration for the Statement of Financial Affairs. (Spayd, Lisa) (Entered: 11/25/2005) |

| 11/10/2005 | 25 | Amended Application/Motion *to Dismiss with Prejudice* Filed by Cynthia A. Niklas (Re: Related Document(s) #:12 Motion to Dismiss Case.) (Attachments: # 1 Proposed Order) (xNiklas2, Cynthia) (Entered: 11/10/2005) |
|---|---|---|
| 11/10/2005 | 26 | Notice of Opportunity to Object Filed by Cynthia A. Niklas. (Re: Related Document(s) #:25 Amended Application/Motion.) Objections due by 11/30/2005 for 25,. (xNiklas2, Cynthia) (Entered: 11/10/2005) |
| 11/10/2005 | 27 | Notice of Hearing *December 16, 2005* Filed by Cynthia A. Niklas (Re: Related Document(s) #:25 Amended Application/Motion.) Hearing scheduled for 12/16/2005 at 09:30 AM Courtroom 24 for 25,. (xNiklas2, Cynthia) (Entered: 11/10/2005) |
| 11/14/2005 | 29 | Declaration Filed by Isiah Foskey . (Re: Related Document(s) #:18 Schedules A-J.) (Spayd, Lisa) (Entered: 11/17/2005) |
| 11/17/2005 | 28 | Notice of Appearance and Request to Add Attorney Filed by Isiah Foskey. (Plummer, Vere) (Entered: 11/17/2005) |
| 11/22/2005 | 30 | First Meeting of Creditors Continued. Filed by Cynthia A. Niklas (Re: Related Document(s) #: Meeting (AutoAssign Chapter 13).) 341 (a) meeting to be held on 12/12/2005 at 10:00 AM Courtroom 24 for [],. (xNiklas4, Cynthia) (Entered: 11/22/2005) |
| 11/25/2005 | | Document Transmitted to Chambers (Re: Related Document(s) #:24 Notice to Party Filing Deficient Pleading(s)/Document(s)); certificate of service not completed, (Spayd, Lisa) (Entered: 11/25/2005) |
| 11/25/2005 | | Document Transmitted to Chambers (Re: Related Document(s) #:24 Notice to Party Filing Deficient Pleading(s)/Document(s)); No declaration for Statement of Financial Affairs (Spayd, Lisa) (Entered: 11/25/2005) |
| 11/28/2005 | 33 | Order To Show Cause (Related Documents #:23 Notice to Party Filing Deficient Document 24 Notice to Party Filing Deficient Documents); Order entered on 11/28/2005.Show Cause hearing to be held on 12/16/2005 at 09:30 AM Courtroom 24 . (Spayd, Lisa) (Entered: 11/28/2005) |
| 11/30/2005 | 34 | Amended adding Creditors. Fee Amount $26 Filed by Isiah Foskey. (Attachments: # 1 Schedule Amended Matrix and Verification) (Plummer, Vere) (Entered: 11/30/2005) |
| 11/30/2005 | 35 | Receipt of Amended Matrix and Schedules(05-01417) [misc,ammtrx] ( 26.00) Filing Fee. Receipt number346546. Fee Amount 26.00 (U.S. Treasury) (Entered: 11/30/2005) |

| 11/30/2005 | 36 | Certificate of Service Filed by Isiah Foskey. (Re: Related Document (s) #:34 Amended Matrix and Schedules.) (Plummer, Vere) (Entered: 11/30/2005) |
|---|---|---|
| 11/30/2005 | 37 | Opposition Filed by Isiah Foskey (Re: Related Document(s) #:25 Amended Application/Motion.) (Attachments: # 1 Proposed Order) (Plummer, Vere) (Entered: 11/30/2005) |
| 11/30/2005 | 38 | Amended Chapter 13 Plan Filed by Isiah Foskey (Re: Related Document(s) #:22 Chapter 13 Plan.) (Attachments: # 1 Certificate of Service)(Plummer, Vere) (Entered: 11/30/2005) |
| 11/30/2005 | 39 | Certificate of Service Filed by Isiah Foskey. (Re: Related Document (s) #:38 Amended Chapter 13 Plan.) (Plummer, Vere) (Entered: 11/30/2005) |
| 11/30/2005 | 40 | Schedules A-J Filed by Isiah Foskey. (Attachments: # 1 Certificate of Service)(Plummer, Vere) (Entered: 11/30/2005) |
| 11/30/2005 | 41 | Certificate of Service Filed by Isiah Foskey. (Re: Related Document (s) #:40 Schedules A-J.) (Plummer, Vere) (Entered: 11/30/2005) |
| 12/01/2005 | 42 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:33 Order to Show Cause, ) No. of Notices: 1. Service Date 12/01/2005. (Admin.) (Entered: 12/02/2005) |
| 12/09/2005 | 48 | Declaration regarding schedules Filed by Isiah Foskey (Re: Related Document #:18 Schedules A-J) (Spayd, Lisa) (Entered: 12/15/2005) |
| 12/12/2005 | | Section 341 Meeting of Creditors was held *12/12/05*. Filed by Cynthia A. Niklas (Re: Related Document(s) #: Meeting (AutoAssign Chapter 13).) (Niklas, Cynthia) (Entered: 12/12/2005) |
| 12/13/2005 | 43 | Objection to Confirmation *of the amended plan filed November 30, 2005* Filed by Cynthia A. Niklas (Re: Related Document(s) #:38 Amended Chapter 13 Plan.) (xNiklas2, Cynthia) (Entered: 12/13/2005) |
| 12/13/2005 | 44 | Request to Withdraw Document Filed by Cynthia A. Niklas. (Re: Related Document(s) #:25 Amended Application/Motion.) (xNiklas2, Cynthia) (Entered: 12/13/2005) |
| 12/13/2005 | 45 | Objection to Debtor's Claim of Exemptions Filed by Cynthia A. Niklas (Re: Related Document(s) #:40 Schedules A-J.) (Attachments: # 1 Proposed Order) (xNiklas2, Cynthia) (Entered: 12/13/2005) |
| 12/13/2005 | 46 | Notice of Opportunity to Object Filed by Cynthia A. Niklas. (Re: |

|  |  | Related Document(s) #:45 Objection to Debtor's Claim of Exemptions.) Objections due by 12/28/2005 for 45,. (xNiklas2, Cynthia) (Entered: 12/13/2005) |
|---|---|---|
| 12/13/2005 | ❶47 | Notice of Continued Hearing Filed by Cynthia A. Niklas (Re: Related Document(s) #:38 Amended Chapter 13 Plan, Meeting (AutoAssign Chapter 13).) Confirmation hearing to be held on 2/17/2006 at 9:30 AM Courtroom 24 for [],. (xNiklas3, Cynthia) (Entered: 12/13/2005) |
| 12/15/2005 |  | Documents Terminated. Motion to dismiss withdrawn (Myers, Sally) (Entered: 12/15/2005) |
| 12/16/2005 | ❶49 | Hearing Continued (Re: Related Document(s) #:24 Notice to Party Filing Deficient Pleading(s)/Document(s), 23 Notice to Party Filing Deficient Pleading(s)/Document(s)) Show Cause hearing to be held on 2/17/2006 at 9:30 AM Courtroom 2. (Myers, Sally) (Entered: 12/16/2005) |
| 01/04/2006 | ❶ | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE DEBTOR IS REQUIRED (DEPENDING ON WHICH IS APPLICABLE) EITHER TO FILE A LBR 1007-1(a)(3) STATEMENT OR TO FILE AN AMENDED MAILING MATRIX AND A LBR 1009-1(c) CERTIFICATE. (Re: Related Document(s) #:40 Schedules A-J) YOU HAVE UNTIL 1/9/2006 TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Spayd, Lisa) (Entered: 01/04/2006) |
| 01/04/2006 | ❶ | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE PROPOSED ORDER WAS NOT UPLOADED. PLEASE CLICK ON THE BANKRUPTCY MENU THEN CLICK ON ORDER UPLOAD AND PROCEED TO UPLOAD YOUR PROPOSED ORDER. (Re: Related Document(s) #:34 Amended Matrix and Schedules) YOU HAVE UNTIL 1/9/2006 TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. CREDITOR HERBERT LEHNER WAS NOT ADDED TO THE CREDITOR DATABASE. PLS ADD THE CREDITOR; BK EVENTS; CREDITOR MAINTENANCE; ADD CREDITOR. (Spayd, Lisa) (Entered: 01/04/2006) |
| 01/05/2006 | ❶50 | Order Sustaining Objection to Debtor's Claim of Exemptions (Related Document #: 45); Entered on 1/5/2006. (Spayd, Lisa) (Entered: 01/05/2006) |
| 01/07/2006 | ❶51 | BNC Certificate of Mailing - PDF Document. (Re: Related Document |

| | | (s) #:50 Order on Objection to Debtor's Claim of Exemptions) No. of Notices: 1. Service Date 01/07/2006. (Admin.) (Entered: 01/08/2006) |
|---|---|---|
| 01/11/2006 | 52 | Declaration re: Filed by Isiah Foskey. (Re: Related Document(s) #:40 Schedules A-J.) (Plummer, Vere) (Entered: 01/11/2006) |
| 01/13/2006 | | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE CREDITOR BEING ADDED TO THE CASE (HERBERT LEHNER) WAS NOT ADDED TO THE CREDITOR DATABASE. PLEASE CLICK ON THE BANKRUPTCY MENU THEN CLICK ON CREDITOR MAINTENANCE AND PROCEED TO ADD THIS CREDITOR - THIS IS A SECOND EDN (SEE ENTRY ON 1/4/05) (Re: Related Document(s) #:34 Amended Matrix and Schedules) YOU HAVE UNTIL 1/17/2006 TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Spayd, Lisa) (Entered: 01/13/2006) |
| 01/18/2006 | | Deadlines Terminated RE DE#22; Amended Plan filed as DE#38. (Spayd, Lisa) (Entered: 01/18/2006) |
| 01/18/2006 | | Deadlines Terminated regarding incomplete filings at case opening. (Spayd, Lisa) (Entered: 01/18/2006) |
| 01/18/2006 | | Deadlines Terminated RE EDN for DE#40; amended matrix was filed. (Spayd, Lisa) (Entered: 01/18/2006) |
| 01/18/2006 | 53 | Declaration regarding Statement of Financial Affairs Filed by Isiah Foskey (Re: Related Document #:19 Statement of Financial Affairs) (Spayd, Lisa) (Entered: 01/18/2006) |
| 01/18/2006 | | Deadlines Terminated regarding deficiency for Statement of Financial Affairs. (Spayd, Lisa) (Entered: 01/18/2006) |
| 01/19/2006 | 54 | Order Discharging Order to Show Cause (Related Document(s) #:33 Order to Show Cause, .) Order entered on 1/19/2006. (Spayd, Lisa) (Entered: 01/19/2006) |
| 01/21/2006 | 55 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:54 Order Discharging Order to Show Cause) No. of Notices: 1. Service Date 01/21/2006. (Admin.) (Entered: 01/22/2006) |
| 01/22/2006 | | Document Transmitted to Chambers (Re: Related Document(s) #: Electronic Deficiency Notice - Creditor not Uploaded) (Spayd, Lisa) (Entered: 01/22/2006) |
| 02/14/2006 | 56 | Amended Chapter 13 Plan Filed by Isiah Foskey (Re: Related |

| | | |
|---|---|---|
| | | Document(s) #:38 Amended Chapter 13 Plan.) (Attachments: # 1 Certificate of Service)(Spayd, Lisa) (Entered: 02/15/2006) |
| 02/16/2006 | 57 | Request to Withdraw Document Filed by Cynthia A. Niklas. (Re: Related Document(s) #:43 Objection to Confirmation of the Plan.) (Attachments: # 1 Proposed Order)(xNiklas2, Cynthia) (Entered: 02/16/2006) |
| 02/16/2006 | 58 | Order Confirming Chapter 13 Plan (Related Document(s) #:56 Amended Chapter 13 Plan, Meeting (AutoAssign Chapter 13).) Order entered on 2/16/2006. (Tyson, Katina) (Entered: 02/16/2006) |
| 02/18/2006 | 59 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:58 Order Confirming Chapter 13 Plan) No. of Notices: 17. Service Date 02/18/2006. (Admin.) (Entered: 02/19/2006) |
| 02/27/2006 | 60 | Motion to Modify *CONFIRMATION ORDER OF FEBRUARY 16, 2006, CONFIRMING 2ND AMENDED PLAN FILED FEBRUARY 14, 2006, POST-CONFIRMATION* Filed by Cynthia A. Niklas (Re: Related Document(s) #:58 Order Confirming Chapter 13 Plan.) (Attachments: # 1 Proposed Order) (xNiklas2, Cynthia) (Entered: 02/27/2006) |
| 02/27/2006 | 61 | Notice of Opportunity to Object Filed by Cynthia A. Niklas. (Re: Related Document(s) #:60 Motion to Modify Plan,.) Objections due by 3/20/2006 for 60,. (xNiklas2, Cynthia) (Entered: 02/27/2006) |
| 02/27/2006 | 62 | Notice of Hearing *April 21, 2006* Filed by Cynthia A. Niklas (Re: Related Document(s) #:60 Motion to Modify Plan,.) Hearing scheduled for 4/21/2006 at 11:00 AM Courtroom 24 for 60,. (xNiklas2, Cynthia) (Entered: 02/27/2006) |
| 03/06/2006 | 63 | Trustee's Report on Claims (xNiklas3, Cynthia) (Entered: 03/06/2006) |
| 04/17/2006 | 64 | Consent Filed by Isiah Foskey (Re: Related Document #:60 Motion to Modify Plan) (Attachments: # 1 Proposed Order)(Spayd, Lisa) (Entered: 04/18/2006) |
| 04/18/2006 | 65 | Order Modifying Confirmation Order of February 16, 2006 and Post-Confirmation Modification (Related Document #: 60); Entered on 4/18/2006. (Spayd, Lisa) (Entered: 04/18/2006) |
| 04/20/2006 | 66 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:65 Order on Motion to Modify Plan) No. of Notices: 1. Service Date 04/20/2006. (Admin.) (Entered: 04/21/2006) |
| | | |

| 05/15/2006 | ●67 | Motion for Relief from Stay. Fee Amount $150, Filed by Benjamin H. Aiken (Attachments: # 1 Exhibit Exhibits# 2 Proposed Order) (Sherman, Jeffrey) (Entered: 05/15/2006) |
|---|---|---|
| 05/15/2006 | 68 | Receipt of Motion for Relief From Stay(05-01417) [motion,mrlfsty] ( 150.00) Filing Fee. Receipt number409373. Fee Amount 150.00 (U.S. Treasury) (Entered: 05/15/2006) |
| 05/15/2006 | ●69 | Brief *in Support of Motion for Relief from Stay* Filed by Benjamin H. Aiken. (Re: Related Document(s) #:67 Motion for Relief From Stay.) (Sherman, Jeffrey) (Entered: 05/15/2006) |
| 05/15/2006 | ●70 | Notice of Hearing Scheduled for 6/1/2006. Filed by Benjamin H. Aiken. (Re: Related Document(s) #:67 Motion for Relief From Stay.) (Sherman, Jeffrey) (Entered: 05/15/2006) |
| 05/15/2006 | ●71 | Notice of Opportunity to Object Filed by Benjamin H. Aiken. (Re: Related Document(s) #:69 Brief, 70 Notice of Hearing, 67 Motion for Relief From Stay.) Objections due by 5/26/2006. (Sherman, Jeffrey) (Entered: 05/15/2006) |
| 05/16/2006 | ● | Hearing Scheduled (Re: Related Document(s) #:67 Motion for Relief From Stay) Hearing scheduled for 6/1/2006 at 09:30 AM Courtroom 1 for 67, . (Jackson, Renee) (Entered: 05/16/2006) |
| 05/26/2006 | ●72 | Opposition Filed by Isiah Foskey (Re: Related Document(s) #:67 Motion for Relief From Stay.) (Attachments: # 1 Proposed Order) (Plummer, Vere) (Entered: 05/26/2006) |
| 05/30/2006 | ●73 | Notice to Party Filing Deficient Pleading(s)/Document(s). (Re: Related Document(s) #:72 Opposition) Deficient Pleading (s)/Document(s) due by 6/6/2006 for 72. (Jackson, Renee) (Entered: 05/30/2006) |
| 05/30/2006 | ●74 | Certificate of Service Filed by Court. (Re: Related Document(s) #:73 Notice to Party Filing Deficient Pleading(s)/Document(s).) (Jackson, Renee) (Entered: 05/30/2006) |
| 06/01/2006 | ●75 | Hearing Continued (Re: Related Document(s) #:67 Motion for Relief From Stay Filed by Benjamin H. Aiken) Hearing scheduled for 6/15/2006 at 9:30 AM Courtroom 1. (Myers, Sally) (Entered: 06/01/2006) |
| 06/08/2006 | ●76 | Amended Document *Certificate of Service* Filed by Isiah Foskey. (Re: Related Document(s) #:72 Opposition.) (Plummer, Vere) (Entered: 06/08/2006) |
| | | |

| 06/09/2006 | | Deadline Terminated Regarding DE#72 - Deficiency Cured. (Jackson, Renee) (Entered: 06/09/2006) |
|---|---|---|
| 06/15/2006 | 77 | Hearing Continued (Re: Related Document(s) #:67 Motion for Relief From Stay Filed by Benjamin Aiken) Hearing scheduled for 6/29/2006 at 9:30 AM Courtroom 1. (Myers, Sally) (Entered: 06/20/2006) |
| 06/22/2006 | 78 | Affidavit Of Satisfaction Of Post Petition Arrears Filed by Isiah Foskey . (Re: Related Document(s) #:67 Motion for Relief From Stay.) (Jackson, Renee) (Entered: 06/22/2006) |
| 06/23/2006 | 79 | Support Document Re: Filed by Isiah Foskey . (Re: Related Document(s) #:78 Affidavit.) (Jackson, Renee) (Entered: 06/23/2006) |
| 06/27/2006 | 80 | Motion to Dismiss/Strike/Withdraw Filed by Benjamin H. Aiken (Re: Related Document(s) #:78 Affidavit, 79 Support Document.) (Attachments: # 1 Proposed Order) (Sherman, Jeffrey) (Entered: 06/27/2006) |
| 06/29/2006 | 85 | Hearing Held RE: [#67] Motion for Relief from Stay Filed by Benjamin H. Aiken. (Myers, Sally) Modified on 7/5/2006 TO CORRECT DATE OF HEARING (Myers, Sally). (Entered: 07/03/2006) |
| 06/30/2006 | 81 | Order Granting Motion for Relief From Stay Filed by Benjamin Aiken (Related Doc # 67) Entered on 6/30/2006. (Myers, Sally) (Entered: 06/30/2006) |
| 06/30/2006 | 82 | Order Granting Motion to Strike Document. (Related Document #: 80) Entered on 6/30/2006. (Re: Related Document(s) #:78 Affidavit, 79 Support Document.) (Myers, Sally) (Entered: 06/30/2006) |
| 07/02/2006 | 83 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:81 Order on Motion for Relief) No. of Notices: 2. Service Date 07/02/2006. (Admin.) (Entered: 07/03/2006) |
| 07/02/2006 | 84 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:82 Order on Motion to Dismiss/Strike/Withdraw Document) No. of Notices: 2. Service Date 07/02/2006. (Admin.) (Entered: 07/03/2006) |
| 07/12/2006 | 86 | Motion to Reconsider Order Lifting Stay Filed by Isiah Foskey (Re: Related Document(s) #:81 Order on Motion for Relief.) (Jackson, Renee) (Entered: 07/12/2006) |
| 07/12/2006 | 87 | Notice of Opportunity to Object Filed by Isiah Foskey . (Re: Related |

| | | |
|---|---|---|
| | | Document(s) #:86 Motion to Reconsider.) Objections due by 8/1/2006 for 86, . (Jackson, Renee) (Entered: 07/12/2006) |
| 07/12/2006 | | Document Transmitted to Chambers (Re: Related Document(s) #:86 Motion to Reconsider) (Jackson, Renee) (Entered: 07/12/2006) |
| 07/13/2006 | ●88 | Motion to Dismiss/Strike/Withdraw Filed by Benjamin H. Aiken (Re: Related Document(s) #:86 Motion to Reconsider.) (Attachments: # 1 Proposed Order) (Sherman, Jeffrey) (Entered: 07/13/2006) |
| 07/13/2006 | ●89 | Opposition Filed by Benjamin H. Aiken (Re: Related Document(s) #:86 Motion to Reconsider.) (Attachments: # 1 Proposed Order) (Sherman, Jeffrey) (Entered: 07/13/2006) |
| 07/19/2006 | ●90 | Order Denying Motion To Reconsider (Related Document #: 86) Entered on 7/19/2006. (Myers, Sally) (Entered: 07/19/2006) |
| 07/21/2006 | ●91 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:90 Order on Motion To Reconsider) No. of Notices: 2. Service Date 07/21/2006. (Admin.) (Entered: 07/22/2006) |
| 07/25/2006 | ●92 | Motion to Withdraw as Attorney Filed by Isiah Foskey (Attachments: # 1 Certificate of Service# 2 Proposed Order) (Plummer, Vere) (Entered: 07/25/2006) |
| 07/25/2006 | ●93 | Certificate of Service Filed by Isiah Foskey. (Re: Related Document (s) #:92 Motion to Withdraw as Attorney.) (Plummer, Vere) (Entered: 07/25/2006) |
| 07/25/2006 | ●94 | Notice of Appeal. Fee Amount $255 Filed by Isiah Foskey (Re: Related Document(s) #:90 Order on Motion To Reconsider.) Appellant Designation due by 8/4/2006. (Jackson, Renee) (Entered: 07/25/2006) |
| 07/25/2006 | ●95 | Notice to Party Filing Deficient Pleading(s)/Document(s). APPEAL FEE NOT PAID (Re: Related Document(s) #:94 Notice of Appeal) Deficient Pleading(s)/Document(s) due by 8/1/2006 for 94, . (Jackson, Renee) (Entered: 07/25/2006) |
| 07/25/2006 | ● | Certificate of Service. Notice Of Appeal Mailed To Kenneth J. Loewinger, 471 H Street NW, Washington, DC 20001; Jeffrey M. Sherman, 1120 20th Street, NW, #700 North, Washington, DC 20036; and Vere Plummer, 1090 Vermont Ave. NW, #800, Washington, DC 20005. (Re: Related Document(s) #:94 Notice of Appeal.) (Jackson, Renee) (Entered: 07/25/2006) |
| 07/25/2006 | ●96 | Certificate of Service Filed By Court. (Re: Related Document(s) #:95 |

| | | |
|---|---|---|
| | | Notice to Party Filing Deficient Pleading(s)/Document(s).) (Jackson, Renee) (Entered: 07/25/2006) |
| 07/26/2006 | 97 | Order Striking Document(s) #:86 Motion to Reconsider. (Related Document(s) #:86 Motion to Reconsider.) Order entered on 7/26/2006. (Myers, Sally) (Entered: 07/26/2006) |
| 08/02/2006 | 98 | Notice of Appearance and Request to Add Attorney Filed by Lucy R. Edwards on behalf of Isiah Foskey . (Jackson, Renee) (Entered: 08/02/2006) |
| 08/02/2006 | | Deadlines Terminated Regarding DE#95 - Deficiency Cured. (Jackson, Renee) (Entered: 08/02/2006) |
| 08/04/2006 | 99 | Notice to Party Filing Paper. (Re: Related Document(s) #:98 Notice of Appearance and Request to Add Attorney) Response by Party Filing Paper due by 8/18/2006 for 98, . (Jackson, Renee) (Entered: 08/04/2006) |
| 08/06/2006 | 100 | BNC Certificate of Mailing - Notice to Party Filing Paper (post 6/1/05) (Re: Related Document(s) #:99 Notice to Party Filing Paper) No. of Notices: 1. Service Date 08/06/2006. (Admin.) (Entered: 08/07/2006) |
| 08/07/2006 | 101 | Order Granting Motion To Withdraw As Attorney Vere Plummer (Related Document #: 92) Entered on 8/7/2006. (Meador, Patti) (Entered: 08/07/2006) |
| 08/08/2006 | 102 | Trustee's Report on Claims (Niklas, Cynthia) (Entered: 08/08/2006) |
| 08/09/2006 | 103 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:101 Order on Motion to Withdraw as Attorney) No. of Notices: 2. Service Date 08/09/2006. (Admin.) (Entered: 08/10/2006) |
| 08/10/2006 | 104 | Notice of Appearance and Request to Add Attorney Filed by Isiah Foskey (Attachments: # 1 Appearance of Lucy R. Edwards)(Edwards, Lucy) (Entered: 08/10/2006) |
| 08/14/2006 | | Fee paid for Notice of Appeal in the amount of $255.00 Receipt NO. 66596 (Meador, Patti) (Entered: 08/14/2006) |
| 10/20/2006 | 105 | Transmittal of Record on Appeal to District Court Filed by Court (Re: Related Document(s) #:94 Notice of Appeal.) (Jackson, Renee) (Entered: 10/20/2006) |
| 10/30/2006 | 106 | Receipt of Record on Appeal. District Court Case Number: 1:06cv01849. Case Assigned to Judge Richard W. Roberts. Filed by |

| | | |
|---|---|---|
| | | Court(Re: Related Document(s) #:105 Transmittal of Record on Appeal, 94 Notice of Appeal.) (Jackson, Renee) (Entered: 10/31/2006) |
| 04/18/2007 | 107 | Notice of Appearance and Request for Notice Filed by C. Larry Hofmeister Jr. on behalf of Plus Properties, LLC. (Hofmeister, C.) (Entered: 04/18/2007) |
| 04/18/2007 | 108 | Motion for Relief from Stay *Nunc Pro Tunc*. Fee Amount $150, Filed by Plus Properties, LLC (Attachments: # 1 Exhibit "A" (Judgment and Order)# 2 Exhibit "B" (Deed and payment to DC)# 3 Proposed Order) (Hofmeister, C.) (Entered: 04/18/2007) |
| 04/18/2007 | 109 | Receipt of Motion for Relief From Stay(05-01417) [motion,mrlfsty] ( 150.00) Filing Fee. Receipt number500804. Fee Amount 150.00 (U.S. Treasury) (Entered: 04/18/2007) |
| 04/18/2007 | 110 | Notice of Hearing Scheduled for 05/24/07. Filed by C. Larry Hofmeister Jr. on behalf of Plus Properties, LLC. (Re: Related Document(s) #:108 Motion for Relief From Stay,.) (Hofmeister, C.) (Entered: 04/18/2007) |
| 04/18/2007 | 111 | Support Document Re: *Memorandum of Points and Authorities in Support of Motion for Relief from the Automatic Stay Nunc Pro Tunc* Filed by Plus Properties, LLC. (Re: Related Document(s) #:110 Notice of Hearing, 108 Motion for Relief From Stay,.) (Hofmeister, C.) (Entered: 04/18/2007) |
| 04/18/2007 | 112 | Notice of Opportunity to Object *(Notice of Deadline to File and Serve Objections to Motion for Relief From The Automatic Stay)* Filed by C. Larry Hofmeister Jr. on behalf of Plus Properties, LLC. (Re: Related Document(s) #:111 Support Document,, 110 Notice of Hearing, 108 Motion for Relief From Stay,.) Objections due by 4/29/2007. (Hofmeister, C.) (Entered: 04/18/2007) |
| 04/18/2007 | 113 | Notice of Appearance and Request for Notice Filed by C. Larry Hofmeister Jr. on behalf of Plus Properties, LLC. (Hofmeister, C.) (Entered: 04/18/2007) |
| 04/19/2007 | | Hearing Scheduled (Re: Related Document(s) #:108 Motion for Relief From Stay filed by Plus Properties, LLC ) Hearing scheduled for 5/24/2007 at 09:30 AM Courtroom 1. (Myers, Sally) (Entered: 04/19/2007) |
| 04/19/2007 | | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE PROPOSED ORDER WAS NOT |

| | | |
|---|---|---|
| | | UPLOADED. PLEASE CLICK ON THE BANKRUPTCY MENU THEN CLICK ON ORDER UPLOAD AND PROCEED TO UPLOAD YOUR PROPOSED ORDER. (Re: Related Document(s) #:108 Motion for Relief From Stay, ) YOU HAVE UNTIL 4/22/2007 for 108, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Wilkens, Nicole) (Entered: 04/19/2007) |
| 04/24/2007 | ❍114 | Emergency Motion to Sell Property Free and Clear of Liens *Motion for authority to sell property at 2115 E Street SE Wash DC Free and Clear of Liens and other interests including co owner; and to shorten deadline for obj to mt; notice of deadline to file and serve obj to mt and notice of hearing* Filed by Isiah Foskey (Attachments: # 1 Exhibit) (Edwards, Lucy) (Entered: 04/24/2007) |
| 04/25/2007 | | Deadlines Terminated Regarding DE#108 - Deficiency Cured. (Jackson, Renee) (Entered: 04/25/2007) |
| 04/25/2007 | ❍ | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. IN ORDER FOR THE JUDGE TO RULE UPON YOUR REQUEST TO SHORTEN THE OBJECTION PERIOD, YOU MUST FILE A SEPARATE MOTION TO SHORTEN AND UPLOAD A SEPARATE ORDER. ALSO, A 20 DAY NOTICE OF OPPORTUNITY TO OBJECT MUST BE SEPARATELY FILED FOR YOUR MOTION TO SELL. ONCE THE MOTION TO SHORTEN IS GRANTED, THE COURT WILL SHORTEN THE OBJECTION PERIOD TO THE TIME GRANTED BY THE COURT. (Re: Related Document(s) #:114 Motion to Sell Property Free and Clear of Liens, ) YOU HAVE UNTIL 4/28/2007 for 114, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Jackson, Renee) (Entered: 04/25/2007) |
| 04/26/2007 | ❍115 | Order Directing Responses to the Motion to Sell Property shall be Filed by 5/7/07. The Requested 362(h) Relief (if No Adversary Proceeding is Filed) Requires Co-Owner's Consent. (Related Document(s) #:114 Motion to Sell Property Free and Clear of Liens.) Order entered on 4/26/2007. Responses due 5/7/07. (Myers, Sally) (Entered: 04/26/2007) |
| 04/28/2007 | ❍116 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:115 Order Directing Compliance, ) No. of Notices: 6. Service Date 04/28/2007. (Admin.) (Entered: 04/29/2007) |
| 05/01/2007 | ❍117 | Hearing Scheduled (Re: Related Document(s) #:115 Order Directing Responses by 5/7/07 ) Hearing scheduled for 5/24/2007 at 09:30 AM Courtroom 1. (Myers, Sally) (Entered: 05/01/2007) |

| 05/02/2007 | | Deadlines Terminated Regarding DE#114. (Jackson, Renee) (Entered: 05/02/2007) |
|---|---|---|
| 05/02/2007 | ○118 | Consent By Co-Owner To Motion To Sell Property At 3115 E Street SE Washington, DC 20019 Free and Clear Of Liens And Other Interests Filed by Susan W. Foskey . (Re: Related Document(s) #:115 Order Directing Compliance, .) (Jackson, Renee) (Entered: 05/03/2007) |
| 05/03/2007 | ○119 | BNC Certificate of Mailing - Hearing. (Re: Related Document(s) #:117 Hearing Scheduled) No. of Notices: 3. Service Date 05/03/2007. (Admin.) (Entered: 05/04/2007) |
| 05/04/2007 | ○120 | Response *TO DEBTOR'S MOTION FOR AUTHORITY TO SELL PROPERTY AND FOR POST-CONFIRMATION MODIFICATION* Filed by Cynthia A. Niklas (Re: Related Document(s) #:114 Motion to Sell Property Free and Clear of Liens,.) (xNiklas2, Cynthia) (Entered: 05/04/2007) |
| 05/04/2007 | ○121 | Request to Withdraw Document Filed by Cynthia A. Niklas. (Re: Related Document(s) #:120 Response.) (xNiklas2, Cynthia) (Entered: 05/04/2007) |
| 05/04/2007 | ○122 | Response *TO DEBTOR'S MOTION FOR AUTHORITY TO SELL PROPERTY AND FOR POST-CONFIRMATION MODIFICATION* Filed by Cynthia A. Niklas (Re: Related Document(s) #:114 Motion to Sell Property Free and Clear of Liens,.) (Attachments: # 1 Proposed Order) (xNiklas2, Cynthia) (Entered: 05/04/2007) |
| 05/07/2007 | ○123 | Opposition *To Debtor's Motion for Authority To Sell Real Property* Filed by Plus Properties, LLC (Re: Related Document(s) #:114 Motion to Sell Property Free and Clear of Liens,.) (Attachments: # 1 Exhibit (Order of November 16, 2005)# 2 Proposed Order) (Hofmeister, C.) (Entered: 05/07/2007) |
| 05/07/2007 | ○ | Notice of Returned Mail (Re: Related Document(s) #:117 Hearing Scheduled)Benjamin H Aiken - Return to sender not deliverable as addressed unable to foward. (Robinson, Terri) (Entered: 05/08/2007) |
| 05/08/2007 | | Document #20 Terminated - Withdrawn By Filer. (Jackson, Renee) (Entered: 05/08/2007) |
| 05/08/2007 | ○124 | Exhibit *5,6-10 Supplements* Filed by Isiah Foskey. (Re: Related Document(s) #: 114 Motion to Sell Property Free and Clear of Liens,.) (Attachments: # 1 Supplement Exhibits)(Edwards, Lucy) Modified on 5/9/2007 TO CORRECT LINKAGE/ASSOCIATION (Jackson, Renee). (Entered: 05/08/2007) |

| 05/10/2007 | 🔵125 | Hearing Scheduled (Re: Related Document(s) #:114 Motion to Sell Property Free and Clear of Liens, ) Hearing scheduled for 5/24/2007 at 09:30 AM Courtroom 1. (Myers, Sally) (Entered: 05/10/2007) |
| --- | --- | --- |
| 05/11/2007 | 🔵126 | Exhibit *(Plus Property's Supplemental Exhibit in Oppositin to Debtor's Motion for Authority to Sell Real Property)* Filed by Plus Properties, LLC. (Re: Related Document(s) #:123 Opposition,, 114 Motion to Sell Property Free and Clear of Liens,.) (Attachments: # 1 Exhibit (Letter from Connice Hogue, Manger of the Tax Sale Unit for the DC Office of Tax and Revenue, dated 5/10/07))(Hofmeister, C.) (Entered: 05/11/2007) |
| 05/12/2007 | 🔵127 | BNC Certificate of Mailing - Hearing. (Re: Related Document(s) #:125 Hearing Scheduled) No. of Notices: 3. Service Date 05/12/2007. (Admin.) (Entered: 05/13/2007) |
| 05/18/2007 | 🔵128 | Supporting Reply Filed by Isiah Foskey (Edwards, Lucy) (Entered: 05/18/2007) |
| 05/21/2007 | 🔵 | Notice of Returned Mail (Re: Related Document(s) #:125 Hearing Scheduled)Benjamin H Aiken - Return to sender not deliverable as addressed unable to forward. (Robinson, Terri) (Entered: 05/22/2007) |
| 05/24/2007 | 🔵129 | Hearing Held (Re: Related Document(s) #:108 Motion for Relief From Stay NUNC PRO TUNC filed by Plus Properties 114 Motion to Sell Property Free and Clear of Liens filed by Isiah Foskey ) OTBS by C. Blumenthal (Myers, Sally) (Entered: 05/24/2007) |
| 05/25/2007 | 🔵130 | PROPOSED ORDER. Order To Be Submitted - requested by Judge at 5/24/07 hearing Filed by Plus Properties, LLC. (Re: Related Document(s) #:108 Motion for Relief From Stay,.) (Hofmeister, C.) (Entered: 05/25/2007) |
| 06/12/2007 | 🔵131 | Order Denying as Moot Motion for Relief From Stay Nunc Pro Tunc. See Order for further Details (Related Doc # 108) Entered on 6/12/2007. (Myers, Sally) (Entered: 06/12/2007) |
| 06/12/2007 | 🔵132 | Order Denying Motion to Sell Property Free and Clear of Liens (Related Document #: 114) Entered on 6/12/2007. (Myers, Sally) (Entered: 06/12/2007) |
| 06/14/2007 | 🔵133 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:131 Order on Motion for Relief) No. of Notices: 3. Service Date 06/14/2007. (Admin.) (Entered: 06/15/2007) |
| 06/22/2007 | 🔵134 | Motion to Reconsider Filed by Isiah Foskey (Re: Related Document (s) #:132 Order on Motion to Sell Property Free and Clear of Liens.) |

| | | (Attachments: # 1 Proposed Order) (Mathewes, Aimee) (Entered: 06/25/2007) |
|---|---|---|
| 06/22/2007 | 135 | Notice of Opportunity to Object Filed by Isiah Foskey. (Re: Related Document(s) #:134 Motion to Reconsider.) Objections due by 7/12/2007. (Mathewes, Aimee) (Entered: 06/25/2007) |
| 06/23/2007 | 136 | Notice of Appeal to District Court. Fee Amount $255. FEE NOT PAID. Filed by Isiah Foskey (Re: Related Document(s) #:131 Order on Motion for Relief, 132 Order on Motion to Sell Property Free and Clear of Liens.) Appellant Designation due by 7/3/2007. Copies mailed by the Clerk's Office to: Cynthia A. Niklas, US Attorney, Joseph Ferguson, Carol Blumenthal and Lucy Edwards. (Mathewes, Aimee) (Entered: 06/25/2007) |
| 06/26/2007 | 137 | Notice to Party Filing Deficient Pleading(s)/Document(s). (Re: Related Document(s) #:136 Notice of Appeal, ) Deficient Pleading (s)/Document(s) due by 7/3/2007. (Robinson, Terri) (Entered: 06/26/2007) |
| 06/26/2007 | 138 | Certificate of Service Filed by the Clerk's Office. (Re: Related Document(s) #:137 Notice to Party Filing Deficient Pleading (s)/Document(s).) (Robinson, Terri) (Entered: 06/26/2007) |
| 07/03/2007 | 139 | Notice of Appearance and Request to Add Attorney Filed by Lucy R. Edwards on behalf of Isiah Foskey. (Attachments: # 1 Exhibit re-entry of appearance of counsel) (Edwards, Lucy) (Entered: 07/03/2007) |
| 07/03/2007 | 140 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Isiah Foskey (Re: Related Document(s) #:136 Notice of Appeal, .) Appellee designation due by 7/13/2007 for 136, . Transmission of Designation Due by 8/2/2007 for 136, . (Attachments: # 1 Designations Part 2# 2 Designations Part 3# 3 Designations Part 4# 4 Designations Part 5# 5 Designations Part 6) (Jackson, Renee) (Entered: 07/05/2007) |

CERTIFIED COPY
CLERK, U.S. BANKRUPTCY COURT
BY:

JS-44
(Rev. 2/01 DC)

E-01-1288
JR

**I (a) PLAINTIFFS**

*IN RE: ISIAH FOSKEY*

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __11001__
(EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANTS**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT_____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Case: 1:07-cv-01288
Assigned To : Robertson, James
Assign. Date : 7/18/2007
Description: General Civil

**II. BASIS OF JURISDICTION**

(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties in item III)

**III CITIZEN...**
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

**☐ A. Antitrust**

☐ 410 Antitrust

**☐ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☒ E. General Civil (Other) OR ☐ F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☒ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ **G. Habeas Corpus 2255** | ☐ **H. Employment Discrimination** | ☐ **I. FOIA/PRIVACY ACT** | ☐ **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student<br>Loans (excluding veterans) |
| ☐ **K. Labor/ERISA (non-employment)** | ☐ **L. Other Civil Rights (non-employment)** | ☐ **M. Contract** | ☐ **N. Three-Judge Court** |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability | ☐ 441 Civil Rights-Voting (if Voting<br>Rights Act) |

**V. ORIGIN**

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

_BANKRuptcY APPEAL  11: 8001_

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS<br>☐   ACTION UNDER F.R.C.P. 23 | **DEMAND $** | Check YES only if demanded in complaint<br>**JURY DEMAND:** ☐ YES   ☑ NO |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES   ☐ NO   If yes, please complete related case form.

DATE _July 18, 2007_   SIGNATURE OF ATTORNEY OF RECORD   _NCD_

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
#### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd



CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001


NOTICE OF APPEAL FROM
U.S. BANKRUPTCY COURT


In re: *Isiah Foskey*

Bankruptcy No. *05-01417*


YOU ARE HEREBY NOTIFIED that on the *18th* day of *July*, 20*07*, the

appeal referred to above was entered on the docket and was assigned to Judge *Robertson*

_____ and received the Civil Action No. *07-1288* _____.

Your attention is directed to Rule 8009 of the Bankruptcy Rules of Procedure which

provides:

(1) The Applicant shall serve and file his brief within fifteen (15) days after entry of
the appeal;

(2) The Appellee shall serve and file his brief within fifteen (15) days after service of
the brief of the appellant; and

(3) The Appellant may serve and file a reply brief within ten (10) days after service
of the brief of the appellee.

Papers filed with the Clerk's Office must be filed in duplicate. In addition, please

include on all subsequent papers both the Bankruptcy and Civil Action numbers.


NANCY MAYER-WHITTINGTON, CLERK

BY *Maureen Higgins*
    Deputy Clerk


cc: Clerk, U.S. Bankruptcy Court for D.C.

*Lucy R. Edwards*
*C. L. Hofmeister, Jr.*
*District of Columbia*
*U.S. Attorneys Office*
*Cynthia Niklas*

*Carol Blumenthal*
*Joseph Ferguson, Jr.*