UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ] | |
| In re: ] | |
| ] | Case No. 07cv1288 |
| Isiah Foskey, ] | On Appeal from the United States |
| ] | Bankruptcy Court for the District |
| Debtor, ] | of Columbia, Bankruptcy case No 05- |
| ] | 1417 |
| _____ ] | |
| ] | |
| Isiah Foskey, ] | |
| ] | |
| Appellant, ] | |
| ] | |
| v. ] | |
| ] | |
| Plus Properties, LLC, et. al., ] | |
| ] | |
| Appellees. ] | |
| _____ ] | |

**OPPOSITION TO MOTION OF APPELLANT TO STAY SUBMISSION OF
APPELLANT'S BRIEF**

Comes now Plus Properties, LLC, by and through counsel and opposes Debtor's

Motion, and as grounds therefore, states as follows:

<u>Debtor's Appeal Is Untimely</u>

In his Motion, Debtor argues that the Order which is the subject of this appeal

(U.S. Bankruptcy Court Order of June 12, 2007) is not a final order. *See, Debtor's*

*Memorandum of Points and Authorities at p.4.*  Assuming that Debtor is correct

regarding the finality of the Order, this appeal is pre-mature in any event and should be

dismissed, not stayed. DCt.LBR 9003.1

<u>Jurisdiction of the Case</u>

Upon filing of the appeal, jurisdiction of this action was removed from the U.S.

Bankruptcy Court.  Accordingly, if Debtor now seeks a ruling on the Motion for

Reconsideration, Debtor must withdraw or dismiss the appeal of the decision to this

court.

/S/ Carol S. Blumenthal
Carol S. Blumenthal
Blumenthal and Cordone, PLLC
formally, Blumenthal and Shanley
1700 17th St., NW Suite 301
Washington, DC 20009

Attorneys for Appellees

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Opposition to Motion of Appellant to Stay Submission of Appellant's Brief was served on August 15, 2007 via regular mail, postage prepaid, on the following:

Isiah Foskey
1260 Holbrook Terrace, NE
Washington, D.C. 20002

and by e-filing to

Lucy Edwards
3001 Georgia Ave., NW
Washington DC 20001

Cynthia A. Niklas
Chapter 13 Trustee
4545 42nd Street, N.W.
#211
Washington, D.C. 20016-4623

Joseph Ferguson
Asst. Attorney General
One Judiciary Square
441 4th St., NW #650N
Washington DC 20001

/S/ Carol S. Blumenthal
Carol S. Blumenthal

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

————————————————————————]
In re:                                                          ]
                                                                ] Case No. 07cv1288
Isiah Foskey,                                                   ] On Appeal from the United States
                                                                ] Bankruptcy Court for the District
     Debtor,                                     ] of Columbia, Bankruptcy case No 05-
                                                                ] 1417
————————————————————————]
                                                                ]
Isiah Foskey,                                                   ]
                                                                ]
     Appellant,                                  ]
                                                                ]
             v.     ]
                                                                ]
Plus Properties, LLC, et. al.,                                  ]
                                                                ]
     Appellees.                                  ]
————————————————————————]

**ORDER**

     Upon consideration of Debtor's/Appellant's Motion to Stay Submission of

Appellant's Brief or to Hold Appeal in Abeyance Pending Motion for Reconsideration,

the Opposition thereto, and the record herein it is this _____ day_____,

2007

         **ORDERED** that the Motion is **Denied**, and it is further,

**ORDERED** that this case having been prematurely filed, it is hereby

**DISMISSED.**

**END OF ORDER**

/s/ signature appears above
Judge J. Robertson, Jr.
U.S. Bankruptcy Court

copies to

Carol S. Blumenthal
Blumenthal & Cordone
1700 17t5h St., NW #301
Washington DC 20009

Lucy Edwards
3001 Georgia Ave., NW
Washington DC 20001

Cynthia A. Niklas
Chapter 13 Trustee
4545 42nd Street, N.W.
#211
Washington, D.C. 20016-4623

Joseph Ferguson
Asst. Attorney General
One Judiciary Square
441 4th St., NW #650N
Washington DC 20001