## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ISIAH FOSKEY,** | * <br> * <br> *  Civil Action No. 07-CV-1288 |
| Debtor/Appellant, | *  On Appeal from the <br> *  United States Bankruptcy Court <br> *  for the District of Columbia, |
| v. | *  Bankruptcy Case No. 05-1417 <br> * <br> * |
| **PLUS PROPERTIES, LLC, ET. AL.,** | * <br> * |
| Appellees. | * <br> * |

### REPLY TO OPPOSITION TO MOTION OF APPELLANT
### TO STAY SUBMISSION OF APPELLANT'S BRIEF

COMES NOW DEBTOR/APPELLANT, ISIAH FOSKEY ("Foskey") and respectfully replies to the Opposition of Appellee, Plus Properties to Foskey's Motion to Stay Submission of Appellant's Brief pending the Motion for Reconsideration of the Order on Appeal filed before the U.S. Bankruptcy Court. Foskey states the following as grounds.

This Court has jurisdiction to stay or hold in abeyance its briefing schedule in this intermediate appellate process, pending resolution of Foskey's Motion for Reconsideration before the U.S. Bankruptcy Court by operation of the Federal Bankruptcy Rules.

2. F. Bankr. P. 8002(a) provides that a notice of appeal filed after the announcement of a decision or order but before entry of such order or judgment is treated as filed after entry of the Order on the docket. F. Bankr. P 8002 (b) provides that in order to obtain appellate review of an order where a notice of appeal has been filed after entry of the order or judgment but before disposition of a motion filed timely to amend or alter the order, the movant need only amend the previously filed

notice of appeal after disposition of the motion in accordance with the provisions of section (a) of this Rule. Section (b) also provides that no additional fees will be required for filing an amended notice.

3. Based upon the provisions F. Bankr P. 8002 and upon the general equitable powers of this Court governing appeals from the Bankruptcy Court, the appeal should not be dismissed. It should be held in abeyance or stayed pending resolution of the Motion for Reconsideration and Debtor/Appellant's filing of his amended notice of appeal at no costs. If this Court dismisses Foskey's appeal, then he would be subject to having to submit another payment to file a new notice of appeal which is outside of the provisions of F. Bankr. P. Rule 8002(b).

4. Plus Properties argues that upon Foskey's filing of the appeal, jurisdiction of this action was removed from the U.S. Bankruptcy Court and in order for Debtor/Appellant to seek a ruling on his Motion forReconsideration, Debtor must withdraw or dismiss the appeal of the decision to this Court. This argument is also contrary to the provisions of Rule 8002. The Bankruptpcy Rules clearly permit a notice of appeal filed prior to a decision on a motion to amend or alter an order or judgment to be amended without cost to the Debtor after a ruling on such a motion. Thus, the Bankruptcy Court does maintain a limited form of jurisdiction under these circumstances and there is no provision in the Rules governing appeals to the U.S. District Court from bankruptcy orders that support the argument made by appellee.

WHEREFORE in light of the foregoing Reply and the original Motion to hold this matter in abeyance or to stay the briefing schedule, Foskey prays that this Court grant his Motion and Stay its briefing schedule pending resolution of the Motion for Reconsideration before the U.S. bankruptcy Court.

Respectfully submitted,

/s/ [Lucy R. Edwards]
[Lucy R. Edwards, #197020]
3001 Georgia Ave NW
Washington, DC 20001
(202) 829-9601
lucyredwards@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  23rd  day of  August,  2007 a copy of the foregoing Reply to Opposition to Motion of Appellant to Stay Submission of Appellant's Brief was served was mailed, first class postage prepaid to Carol S. Blumenthal, Esquire, 1700 17th Street, NW #301, Washington, DC  20009; and to Joseph Ferguson, Esquire,  Assistant Attorney General, One Judiciary Square, 441  4th Street NW #650N, Washington, DC  20001; and to Isiah Foskey, 1260 Holbrook Terrace, NE, Washington, DC  20002.

/s/ [Lucy R. Edwards]
[Lucy R. Edwards,]