UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ISIAH FOSKEY,                         :
                                      :
        Appellant,                :
                                      :
    v.                              : Civil Action No. 07-1288 (JR)
                                      :
PLUS PROPERTIES, LLC, *et al.*,       :
                                      :
        Appellees.                :

## ORDER

      The motion of debtor/appellant for a stay of briefing while his motion for reconsideration is pending before the Bankruptcy Court [#2] is **granted**.  Debtor/appellant is to notify this court of the disposition of that motion within five days of its entry by the Bankruptcy Court.  **SO ORDERED.**


                                        JAMES ROBERTSON
                          United States District Judge