UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ISIAH FOSKEY, | : |
| Appellant, | : |
| v. | : Civil Action No. 07-1288 (JR) |
| PLUS PROPERTIES, LLC, *et al.*, | : |
| Appellees. | : |

**ORDER**

The parties are directed to advise this Court no later than March 27, 2008, whether or not the order of the Bankruptcy Court dated January 26, 2008, moots the instant appeal.

JAMES ROBERTSON
United States District Judge