UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISIAH FOSKEY, | : |
| Appellant, | : |
| v. | : Civil Action No. 07-1288 (JR) |
| PLUS PROPERTIES, LLC, *et al.*, | : |
| Appellees. | : |

### ORDER

Notwithstanding appellant Isaiah Foskey's response [#7] to this Court's order of March 10, 2008 [#6], it appears from the Bankruptcy Court's order of January 26, 2008, and from Foskey's description of the proceedings in the Bankruptcy Court, that the question of who owns the property at 3115 E Street, S.E., will be the essence of the matter before the Bankruptcy Court upon reconsideration. To keep the instant appeal alive could well raise questions in the Bankruptcy Court of the extent of its jurisdiction to resolve all matters in dispute. The better course is to dismiss the pending appeal as moot and to sort out any issues that may remain after the Bankruptcy Court rules in a new appeal. It is accordingly **ORDERED**, by the Court *sua sponte*, that the instant appeal is **dismissed as moot.**

JAMES ROBERTSON
United States District Judge